UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF CRIMINAL ENFORCEMENT, FORENSICS AND TRAINING
NATIONAL ENFORCEMENT INVESTIGATIONS CENTER
P.O. BOX 25227, DENVER FEDERAL CENTER
DENVER, COLORADO 80225

January 26, 2022

**MEMORANDUM**

**SUBJECT**: Risk of Adverse Health Effects from Exposure to Excess Diesel Emissions from Defeat Devices

**FROM**: Kristen Keteles, Ph.D., Toxicologist KRISTEN KETELES Digitally signed by KRISTEN KETELES Date: 2022.01.26 07:36:44 -07'00'
U.S. Environmental Protection Agency (EPA)-National Enforcement Investigations Center (NEIC)

**TO**: Linda Kato, Regional Criminal Enforcement Counsel
EPA-Region 8

Tampering with vehicle emissions controls, as well as manufacturing, selling, and installing aftermarket parts that are specifically designed to defeat those controls (defeat devices) contributes substantial excess pollution associated with significant increases in morbidity and mortality (EPA 2020). The EPA Air Enforcement Division (AED) estimates that the installation of such defeat devices can result in an increase of 10-100 times more air pollution emissions from a single diesel pickup truck. In fact, AED estimates that emissions controls were removed from more than 550,000 diesel pickup trucks in the last decade resulting in 570,000 tons of excess nitrogen oxides (NOx) and 5,000 tons of excess particulate matter (PM) emissions over the lifetime of those vehicles. These excess emissions are harmful to human health and the environment.

Diesel exhaust is composed of a mix of acidic and hydrocarbon gases, such as NOx and non-methane hydrocarbons (NMHCs), and particulate pollutants that have been well-documented to contribute to climate disturbance and ozone depletion and are directly harmful to human health (EPA 2002). Gases associated with diesel emissions include toxic volatile and semi-volatile organic chemicals such as acetaldehyde, acrolein, benzene, 1,3 butadiene, formaldehyde, and polycyclic aromatic hydrocarbons (PAHs). However, the ultrafine ($PM_{0.1}$) and fine ($PM_{2.5}$) particulate matters associated with diesel emissions are especially of concern because they are respirable deep into the lung, where they become absorbed by the blood, and are the component of diesel emissions most closely linked with adverse health effects, including pulmonary fibrosis and chronic obstructive pulmonary disease (Steiner et al. 2016, Majewski et al. 2021). Furthermore, the surface of these particles contains toxic and mutagenic chemicals, such as PAHs, metals, sulfate, or nitrates, which react with lung cells, causing inflammation and cellular damage (Riedl and Diaz-Sanchez 2005, Steiner et al. 2016).

Exposure to diesel exhaust particles has been linked to a variety of adverse health effects, including eye, nose, and throat irritation; bronchitis; immunological effects such as asthma and susceptibility to infection; lung inflammation; cardiovascular effects; and cancer (EPA 2002,

Riedl and Diaz-Sanchez 2005). Studies demonstrate a strong association between diesel exhaust exposure, ischemic heart disease, and mortality (Costello et al. 2018). Both short-term and long-term exposures, such as repeated occupational exposures, can cause adverse health effects. Short-term exposure to diesel exhaust can cause irritation to the eyes, nose, throat, and lungs and neurological effects such as lightheadedness and nausea. Short-term exposure can also cause bronchitis and exacerbate asthma and allergies. Additionally, epidemiological studies have shown that short-term exposures to fine particulate matter from diesel emissions are associated with the triggering of heart attacks (Bhaskaran et al. 2009, Peters et al. 2001). Long-term exposure to PM from diesel emission results in inflammation and vasoconstriction and increases blood pressure, which can impact heart structure and function (Costello et al. 2019, Aung 2018). A study conducted in the United Kingdom showed that particulate matter emitted mainly from diesel vehicles was associated with heart damage (Aung 2018). The changes in heart structure and function due to exposure to particulate matter from diesel pollution likely results in increased risk of heart attacks, heart failure, and death. In addition to cardiac effects, long-term exposures to diesel emissions can cause lung inflammation, lead to immunological effects such as allergies and asthma, and increase susceptibility to respiratory infection (EPA 2002). As a result, there is an association between exposure to particle pollution from diesel emissions and increased hospital admissions, absences from school and work, and even premature death from cardiovascular and respiratory disorders. Increases of respiratory and heart disease hospitalizations have been documented after high levels of particulate matter concentrations in numerous studies (Slama et al. 2019, Bravo et al. 2016, EPA 2002).

Many of the health effects seen as the result of exposure to particulates in diesel emissions are risk factors for death from COVID-19 and other respiratory infections (Wu et al. 2020, Hendryx and Luo 2020). Epidemiological evidence suggests small increases in long-term exposure to fine particulate matter is associated with a higher death rate from COVID-19. Chronic exposure to fine particulate matter from diesel exhaust can cause changes in the alveolar angiotensin converting enzyme 2 (ACE2), the receptor that SARS COV2 uses to enter and infect cells, and these changes in ACE2 could potentially result in more severe COVID-19 (Wu et al. 2020). Even before the emergence of SARS COV2, there was evidence that particulate matter from diesel emissions can increase viral load and enhance viral inflammation for other viral pathogens (Diaz-Sanchez 2018). A study of 440 chronic obstructive pulmonary disease (COPD) patients in London over 20 years found that pollution from traffic increased the susceptibility of the patients to viral infection and the severity of infection (Pfeffer et al. 2019). Pollutants found in diesel emissions have the potential to affect the immune system and inflammatory response, leading to more severe infections and poor outcomes from SARS COV2 and other respiratory pathogens.

Additionally, considerable evidence, such as animal and occupational studies, demonstrates an association between diesel exhaust and cancer. The International Agency for Research on Cancer (IARC) classified diesel engine exhaust as a group 1 carcinogen, known to be carcinogenic to humans (IARC 2012). In addition to animal and other supporting studies, the EPA *Health Assessment for Diesel Engine Exhaust* (2002) concluded that diesel exhaust is “likely to be carcinogenic to humans by inhalation” due to evidence of an increased risk of lung cancer in workers exposed to diesel emissions. Furthermore, a study conducted by the South Coast Air Quality Management District (SCAQMD) attributed about 70% of carcinogenic risk in Southern California to diesel particulate emissions (SCAQMD, 1999). Overall, numerous toxicological and

epidemiological studies show that exposure to diesel emissions adversely affects human health, including increasing the risk of cancer.

Concentrations of pollutants from diesel emissions are highest within 150 to 500 meters of major roadways with high traffic (Zhu et al. 2002). Low-income and communities of color tend to be located in high-traffic areas and as a result, these communities are disproportionately impacted from exposure to diesel emissions. In fact, a study in Southern California found that minority and high-poverty neighborhoods had two times the level of traffic density compared to the rest of the Southern California region, which could result in a higher risk of exposure to vehicle-related pollutants including diesel emissions (Houston et al. 2004). A study that used satellites to measure nitrogen dioxide emissions in major U.S. cities found that low-income communities of color experienced an average of 28 percent more nitrogen dioxide pollution from diesel emissions than higher-income and majority-white neighborhoods (Demetillo et al. 2021). Communities within high vehicle traffic areas are at risk of adverse health effects from exposure to diesel emissions. For example, a study conducted in Massachusetts found that environmental justices communities coincided with higher rates of diesel particulate matter and asthma (McEntee and Ogneva-Himmelberger 2008). Because of the disproportionate impacts from traffic pollution exposure, diesel emission controls help ameliorate air pollution and reduce health disparities in low income communities of color. Therefore, the use of defeat devices would disproportionately impact minority communities, potentially exacerbating health disparities in these communities.

Because of the serious health effects from diesel emissions, it is important to reduce exposure to diesel emissions through the use pollution-control devices (Resitoglu et al. 2015, Hesterberg et al. 2011, Hesterberg et al. 2012). Pollution-control devices on modern diesel engines are designed to reduce the amount of harmful particulate pollution, and emission-control systems have reduced particulate levels approximately 100-fold (Hesterberg et al. 2012). There is also considerable evidence that pollution control devices change the chemical composition of diesel exhaust and result in significant reductions in specific components of toxicological concern such as elemental as metals, PAHs, nitro-PAHs, and dioxins/furans. The reduction in particulate emissions, as well as changes in the chemical composition of diesel emissions, reduces the carcinogenic potential of diesel emissions. Additionally, these changes in the chemical composition can decrease the risk of allergic or immune system effects since particulates rich in polycyclic aromatic hydrocarbons have the most potent inflammatory effects (Diaz-Sanchez 2018). Furthermore, reducing the particulate component of diesel exhaust has been shown to prevent detrimental cardiovascular effects and death. (Lucking et al. 2011, Choma et al. 2021). A study that assessed benefits of vehicle emission reductions in the United States between 2008 and 2017 found that deaths from exposure to vehicle related $PM_{2.5}$ dropped from 27,700 in 2008 to 19,800 in 2017 (Choma et al. 2021). The researchers concluded that deaths from exposure to traffic-related $PM_{2.5}$ would have been 2.4 times higher in 2017 if vehicles were still emitting at 2008 levels, demonstrating that emissions controls result in decreased mortality. While diesel emissions controls have substantial public health benefits, tampering with or purposefully altering pollution control devices results in both acute and chronic human health effects, including early death and increased morbidity. It was estimated that excess emissions in Volkswagen cars with defeat devices resulted in a median of 1,200 early deaths and a median of 13,000 life years lost from 2008 to 2015 in Europe (Chossière et al 2017). Therefore, purposeful

circumvention of these pollution-controls through defeat devices increases the risk of exposure to harmful diesel exhaust emissions that adversely impact public health.

Enclosure

**REFERENCES**

Aung, N., M. Sanghvi, F. Zemrak, A.M. Lee, J.A. Cooper, J.M. Paiva, R.J. Thomson, K. Fung, M.Y. Khanji, E. Lukaschuk, V. Carapella, Y.J. Kim, P.B. Munroe, S.K. Piechnik, S. Neubauer, S.E. Petersen. 2018. Association Between Ambient Air Pollution and Cardiac Morpho-Functional Phenotypes. Circulation. 138:2175–2186.

Bhaskaran K., S. Hajat, A. Haines, E. Herrett, P. Wilkinson, L. Smeeth. 2009. Effects of air pollution on the incidence of myocardial infarction. Heart. 95:1746–1759.

Bravo M.A., K. Ebisu, F. Dominici, Y. Wang, R.D. Peng, M.L. Bell. 2016. Airborne Fine Particles and Risk of Hospital Admissions for Understudied Populations: Effects by Urbanicity and Short-Term Cumulative Exposures in 708 U.S. Counties. Environ Health Perspect. 125(4):594-601.

Choma, E.F., J.S. Evans, J.A. Gómez-Ibáñez, Q. Di, J.D. Schwartz, J.K. Hammitt, J.D. Spengler. 2021. Health benefits of decreases in on-road transportation emissions in the United States from 2008 to 2017. Proceedings of the National Academy of Sciences 118 (51).

Chossière, G., R. Malina, A. Ashok, I. Dedoussi, S.D. Eastham, R. Speth, S.R.H. Barrett. 2017. "Public health impacts of excess $NO_x$ emissions from Volkswagen diesel passenger vehicles in Germany." Environmental Research Letters.

Costello, S., M.D. Attfield, J.H. Lubin, A.M. Neophytou, A. Blair, D.M. Brown, P.A. Stewart, R. Vermeulen, E.A. Eisen, D.T. Silverman. 2018. Ischemic Heart Disease Mortality and Diesel Exhaust and Respirable Dust Exposure in the Diesel Exhaust in Miners Study, American Journal of Epidemiology. 187(I12): 2623–2632.

Demetillo, M.A.G., C. Harkins, B.C. McDonald, B.P.S. Chodrow, K. Sun, S.E. Pusede. 2021. Space-based observational constraints on $NO_2$ air pollution inequality from diesel traffic in major US cities. *Geophysical Research Letters*, 48.

Diaz-Sanchez, D. 2018. Disrupting the immune system by diesel pollution. European Academy of Allergy and Clinical Immunology, Munich, Bavaria, Germany, May 26-30, 2018.

EPA. 2002. Health Assessment Document for Diesel Engine Exhaust. National Center for Environmental Assessment, Office of Research and Development. EPA/600/8-90/057F.

EPA. 2020. Tampered Diesel Pickup Trucks: A Review of Aggregated Evidence from EPA Enforcement Investigations.

Hendryx M., J. Luo. 2020. COVID-19 prevalence and fatality rates in association with air pollution emission concentrations and emission sources. Environmental Pollution, Vol 265A.

Hesterberg T.W., C.M. Long, S.N. Sax, C.A. Lapin, R.O. McClellan, W.B. Bunn, P.A. Valberg. 2011. Particulate matter in new technology diesel exhaust (NTDE) is quantitatively and qualitatively very different from that found in traditional diesel exhaust (TDE). Journal of the Air and Waste Management Association. 61:9, 894-913.

Hesterberg T.W., C.M. Long, W.B. Bunn, C.A. Lapin, R.O. McClellan, P.A. Valberg. 2012. Health effects research and regulation of diesel exhaust: an historical overview focused on lung cancer risk. Inhal Toxicol. 1-45.

Houston, D., J. Wu, P. Ong, A. Winer. 2004. Structural Disparities of Urban Traffic in Southern California: Implications for Vehicle-Related Air Pollution Exposure in Minority and High-Poverty Neighborhoods, Journal of Urban Affairs. 26:5, 565-592.

IARC. 2012. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 105. Diesel and Gasoline Engine Exhausts and Some Nitoarenes. Lyon, France: WHO; IARC.

Lucking A.J., M. Lundbeck, S. Barath, N.L. Mills, M.K. Sidhu, J.P. Langrish, N.A. Boon, J. Pourazar, J.J. Badimon, M.E. Gerlofs-Nijland, F.R. Cassee , C. Boman, K. Donaldson, T. Sandstorm. D.E. Newby,A. Blomberg. 2011. Particle traps prevent adverse vascular and prothrombotic effects of diesel engine exhaust inhalation in men. Circulation. (123): 1721-11728.

Majewski S., W.J. Piotrowski. Air Pollution—An Overlooked Risk Factor for Idiopathic Pulmonary Fibrosis. *Journal of Clinical Medicine*. 2021; 10(1):77.

McEntee Jesse C., Yelena Ogneva-Himmelberger. 2008. Diesel particulate matter, lung cancer, and asthma incidences along major traffic corridors in MA, USA: A GIS analysis, Health & Place, Volume 14, Issue 4, pp. 817-828.

Pfeffer, P.E., G.C. Donaldson, A.J. Mackay, J.A. Wedzicha. 2019. Increased chronic obstructive pulmonary disease exacerbations of likely viral etiology follow elevated ambient nitrogen oxidesAm. J. Respir. Crit. Care Med., 199 (5), pp. 581-591.

Peters A., D.W. Dockery, J.E. Muller, M.A. Mittleman. 2001. Increased particulate air pollution and the triggering of myocardial infarction. *Circulation*. 103:2810 –2815.

Resitoglu, I.A., K. Altinisik, A. Keskin. 2015. The pollutant emissions from diesel-engine vehicles and exhaust after treatment systems. Clean Techn Environ Policy 17: 15-27.

Riedl, M., D. Diaz-Sanchez. 2005. Biology of diesel exhaust effects on respiratory function. Journal of Allergy Clin Immunol. 221-228.

Steiner S., C. Bisig, A. Petri-Fink , B. Rothen-Rutishauser . 2016. Diesel exhaust: current knowledge of adverse effects and underlying cellular mechanisms. Arch Toxicol. 90(7):1541-53.

Slama, A., A. Śliwczyński, J. Woźnica, M. Zdrolik, B. Wiśnicki, J. Kubajek, O. Turżańska-Wieczorek, D. Gozdowski,W. Wierzba, E. Franek. 2019. Impact of air pollution on hospital admissions with a focus on respiratory diseases: a time-series multi-city analysis. Environmental science and pollution research international, 26(17), 16998–17009.

South Coast Air Quality Management District. 1999. Multiple air toxics exposure study in the South Coast Air Basin–MATES-II. Diamond Bar, CA: South Coast Air Quality Management District.

Wu, X., R.C. Nethery, M.B. Sabath, D. Braun, F. Dominici. 2020. Air pollution and COVID-19 mortality in the United States: Strengths and limitations of an ecological regression analysis. Science Advances. 6(45).

Zhu, Y., W.C. Hinds, S. Ki., C. Sioutas. 2002. Concentration and size distribution of ultrafine particles near a major highway (405). Journal of the Air & Waste Management Association, 52, 1032–1042.