# Glossary of Aftermarket Terms

*Click HERE to return to Aftermarket home page*

| | |
|---|---|
| Aftertreatment | The system in a vehicle that treats emissions after they leave the engine. The components in this system treat post-combustion exhaust gases prior to tailpipe emission. |
| Air Induction System | Thermostatically-controlled air cleaner, air box turbocharger, intake manifold. |
| Air Injection System | Air injection may be used to improve cold-start emissions. By injecting fresh air into the exhaust stream, the catalytic converters heat up more quickly, which makes them more effective at scrubbing exhaust gases. Once the catalytics are warmed up, the air injection system is no longer needed. |
| Back Pressure Sensor | Electronic input device that senses back pressure on a vehicle that uses active regeneration to clean the soot off the diesel particulate filter. When the sensor detects a certain level of back pressure, the aftertreatment computer cleans or regenerates the DPF. |
| Back Pressure | Pressure created by the exhaust system. Back pressure will increase as the exhaust flow becomes restricted or plugged. |
| Catalytic Converters | Vehicle exhaust contains a significant amount of harmful pollutants such as carbon monoxide, hydrocarbons, and oxides of nitrogen. The catalytic converter aids the conversion of these pollutants to less harmful substances such as carbon dioxide, water vapor, nitrogen, and oxygen before the exhaust is expelled into the environment. Two-way catalytic converters contain platinum and palladium, chemical substances which reduce the emissions of CO and hydrocarbons. Three-way catalytic converters also contain rhodium, a chemical substance which reduces the emissions of NOx. Since the early 1980s, most passenger cars sold in the United States have been equipped with three-way converters, in accordance with EPA emission control standards. |
| Cat-back Exhaust | A common industry term used to describe an aftermarket exhaust system that is only modified from the catalyst back, generally changing the muffler and tailpipe. This type of system does not affect emissions as severely as some modifications that remove components such as the Exhaust Gas Recirculation system and the Diesel Particulate Filter. |
| Check Engine Light | Check Engine Light (CEL), or Stop Engine Light (SEL) are dash indicator lights for the engine's ECM. CEL and SEL indicate faults (problems) with the systems. |
| Combustion Chamber | The part of the engine in which combustion or the burning of the fuel takes place. Typically defined by the cylinder walls, top of the piston, and the valves. |
| Compression Ignition (CI) | The form of ignition that initiates combustion in a diesel engine. The rapid compression of air within the cylinders generates the heat required to ignite the fuel as it is injected. |
| Defeat Device | A component or computer code that alters the certified configuration of the vehicle including fuel maps, emission controls, and the function of the on-board diagnostic system. |

| | |
|---|---|
| Diesel Exhaust Fluid | Diesel exhaust fluid ("DEF") is urea, a chemical which must be added to a diesel oxidation catalyst to complete the chemical reaction that reduces pollutant levels. The DOC is typically located after the diesel particulate filter so as to further reduce NOx. |
| Diesel Oxidation Catalyst (DOC) | Catalyst promoting oxidation processes in diesel exhaust. Usually designed to reduce emissions of the organic fraction of diesel particulates, gas-phase hydrocarbons, and carbon monoxide. DOCs are also NRC (NOx reduction catalyst). Similar to a catalytic converter, but present in a diesel exhaust system. |
| Diesel Particulate Filter (DPF) | A device which physically captures diesel particulates preventing their discharge from the tailpipe. Collected particulates need to be removed from the filter, usually by continuous or periodic oxidation in a process called "regeneration." The regeneration process may happen automatically, or it may require a service maintenance procedure every several thousand miles. |
| DPF Delete Kit | A DPF delete kit allows for the removal of the DPF, the primary means of PM control on diesel engines, by providing a replacement tailpipe section and computer programming to defeat the on-board diagnostic system. This is one of the most common modifications of diesel exhausts and, in conjunction with a tuner, is usually responsible for diesel vehicles blowing plumes of black exhaust (commonly referred to as "rolling coal"). |
| Electronic Control Module (ECM) | The electronic control module ("ECM") or computer that is used to manage the engine, emissions, exhaust, brakes and other systems. The ECM may or may not be networked together with other ECMs. ECMs can be standalone systems. The ECM determines both fuel metering and injection timing in response to such parameters as engine crankshaft position and rpm, engine coolant and intake air temperature, and absolute intake air boost pressure. |
| Evaporative Emission Control System | Prevents fuel vapors from escaping into the atmosphere from the fuel tank and fuel system (parts include: purge valve, fuel filler cap, purge solenoid, vapor storage canister and filter). |
| Exhaust Gas Recirculation (EGR) | In internal combustion engines, exhaust gas recirculation (EGR) is a nitrogen oxide (NOx) emissions reduction technique used in gasoline and diesel engines. EGR works by recirculating a portion of an engine's exhaust gas back to the engine cylinders. An EGR-delete kit allows for the removal of all NOx control equipment. EGR may also be disabled by an "EGR Blockoff Plate" on the EGR valve of the engine. The EGR valve is where the recirculated exhaust gas is brought back to the engine to be reused, and by blocking it off, the hot exhaust gases are not reintroduced to the cylinders. Both an EGR delete and an EGR blockoff plate require the use of a tuner that tricks the vehicle's Onboard Diagnostic System so that it does not illuminate the Check Engine Light when it otherwise would. |
| Federal Test Procedure (FTP) | Test cycle(s) used in the U.S. for emission testing and certification of engines and vehicles. The chassis dynamometer cycle for light duty vehicle testing is commonly referred to as *FTP-75*. The engine dynamometer cycle for testing of heavy-duty (HD) engines is known as *HD FTP*, or *FTP Transient* cycle. |
| Gross Vehicle Weight (GVW) | The maximum loaded weight (including the vehicle itself, passengers, and cargo) for which a vehicle is designed, as specified by the manufacturer. Often used as a criterion of vehicle size for the purpose of legislation; the exact definition may vary depending on the jurisdiction. *See* vehicle weight classifications for the emission standards reference guide. |
| Hydrocarbon (HCx) | Hydrocarbon or fuel, the term is commonly used when describing the emissions left after combustion. HCx are formed by the incomplete burning of the fuel during combustion. HCx will form soot. A poorly running engine will form more |

| | |
|---|---|
| | soot. Soot is mainly HCx. |
| Indicator Lights | Lights commonly displayed on the dashboard that indicate conditions perceived by the onboard diagnostic system, such as the SEL, CEL, or malfunction indicator light (MIL). The phrase commonly used to describe an illuminated light on the dashboard is "throwing a code." |
| Injection Period | The time, measured in degrees of crankshaft rotation, between the beginning and end of injection. On engines with hydromechanical injection systems, it is controlled by the opening and closing of ports in the injector body or by the action of a plunger forcing fuel out of a cup. On electronic injection systems, it is determined directly or indirectly by the action of a solenoid valve. |
| Inspection and Maintenance Programs (I/M) | In-use emission testing programs, primarily for passenger cars, used by slightly more than half of the states in the United States to identify vehicles that cause excessive emissions that contribute to air pollution. Programs typically cover light-duty vehicles and trucks, but may not include diesel vehicles. Inspections vary, but may include a check for MIL status and the presence of DTCs. 1996 and newer vehicles may receive an OBD scan. The municipality may restrict registration for vehicles that do not pass the test. Tampering may allow a vehicle to fraudulently pass an I/M test. |
| Malfunction Indicator Light (MIL) | Also known as a check engine light, is a light that illuminates on the dashboard to alert the driver that there is a malfunction of a vehicle's engine, transmission, or emission control system. |
| NOx | Emissions of nitrogen. NOx is a common term to describe exhaust pollution. It is the undesired formation of nitrogen molecules during combustion. This pollutant is more commonly formed from diesel because diesels are a high compression engine. |
| NOx Adsorption Catalysts (NACs) | NOx Adsorption Catalysts (NACs) reduce NOx emissions by chemically adsorbing NOx from exhaust gas. Note that NACs and SCR have the same function and are not found together on a vehicle; NACs were used in place of SCR on certain model years of RAM trucks. |
| O2 Simulator | This is a part that would be applied to a gas vehicle after the catalytic converter has been removed. Only gas vehicles have oxygen sensors. Removing the catalytic converter increases exhaust gases. A functioning oxygen sensor would normally detect the increase and deliver a signal to the ECU that the vehicle was not operating within the manufacturer's specifications. The onboard diagnostic (OBD) system would logs an error, and the check engine light would illuminate. The vehicle might also enter into safe/limp mode and reduce performance at the wheels. An O2 simulator would mimic the signal from the rear oxygen sensor to the OBD system to prevent the error codes, etc. |
| Onboard Emissions Diagnostic Device or Computer (OBD) | Monitors the operation of a vehicle's emission control system and alerts the driver with a dashboard light when malfunctions occur (e/g: malfunction indicator light (MIL)). The OBD records where the problem is occurring and assists automotive technicians in diagnosing and repairing emission control malfunctions. A properly-functioning OBD ensures that emission-related defects are detected early. |
| Original Equipment Manufacturer (OEM) | The entity that manufactures or assembles a new motor vehicle, such as Volkswagen or General Motors. |
| Positive Crankcase Ventilation Valve (PCV) | Routes blow-by emissions from pistons to be burned in the engine. The PCV valve is a variable orifice that controls the flow of crankcase fumes. A second function of the PCV valve is to protect the engine in case of a backfire, which causes |

| | |
|---|---|
| | a sudden high-pressure pulse in the intake manifold. This forces the PCV valve closed so that the backfire flame can't reach the crankcase, where it could ignite flammable fumes and cause damage. |
| Regeneration | Regeneration is the self-cleaning of the DPF. Regeneration occurs when the heat of the exhaust reaches about 200º Celsius (392º Fahrenheit). The injection of fuel into the exhaust forces a more active regeneration process when the pressure differential sensor indicates regeneration is required and the exhaust temperature is not hot enough (above 200º C). An additional forced regeneration can occur by a manual means depending on the regeneration programming on the aftertreatment system. |
| Remote Sensing Device (RSD) | Remote sensing device (RSD) describes a type of roadside technology used to measure the tailpipe emissions of vehicles as they drive by. The equipment may be positioned on the side of the road or above the vehicles on a light post or bridge. The Colorado Department of Public Health and Environment (CDPHE) has the most well-developed RSD program in the country, but Virginia and California are also employing this type of technology to measure emissions. |
| Selective Catalytic Reduction (SCR) | Selective Catalytic Reduction (SCR) is an advanced active emissions control technology system that injects a liquid-reductant agent through a special catalyst into the exhaust stream of a diesel engine. The reductant source is usually automotive-grade urea, otherwise known as Diesel Exhaust Fluid (DEF). |
| Tuner | A tuner is a device used to modify a vehicle's onboard diagnostic system. The software loaded onto a tuner is called a "tune" or "tunes," which can alter any aspect of vehicle performance governed by the onboard diagnostic system. For example, a tune can program the OBD to ignore the removal of emission-control devices, change engine timing or fuel management, or change the turbo pressure. |
| Turbo-back Exhaust | A term commonly used to describe an aftermarket exhaust system that affects all of the emissions controls on a vehicle. Typically, a turbo-back exhaust system deletes the Exhaust Gas Recirculation system, the Diesel Particulate Filter, and either deletes or changes the Catalytic Converter. These systems are generally marketed in conjunction with a tuner that tricks the vehicle's Onboard Diagnostic System so that it does not illuminate the Check Engine light when it otherwise would. |
| Turbocharger | Turbochargers are a type of forced induction system. They compress the air flowing into the engine. The advantage of compressing the air is that it lets the engine squeeze more air into a cylinder, and more air means that more fuel can be added. Therefore, you get more power from each explosion in each cylinder. A turbocharged engine produces more power overall than the same engine without the charging. This can significantly improve the power-to-weight ratio for the engine. Most modern diesel engines use a turbocharger because the exhaust from a diesel is exceptionally strong, making it excellent for powering a turbo. |

*Click HERE to return to Aftermarket home page*